# Order

Michigan Supreme Court
Lansing, Michigan

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155245(70)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELISAH KYLE THOMAS,
      Defendant-Appellant.
_____/

SC: 155245
COA: 326311
Wayne CC: 14-009512-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 16, 2017. The same extension is given to defendant-appellant to file his supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2017



Clerk